IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **APOLLO DELANO** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **SELECTIVE INSURANCE** | : | |
| **COMPANY OF THE SOUTHEAST** | : | |
| *Defendant.* | : | NO. 23-3545 |

**O R D E R**

**AND NOW,** this 12th day of February, it having been reported that the issues among the parties in the above action have been settled (ECF #32) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

 */s/ Michael Coyle*
**MICHAEL COYLE**
Courtroom Deputy to the
Honorable Mary Kay Costello
United States District Court Judge